

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                          PLAINTIFF

VS.                           CASE NO. 12- 3131

WES BRADFORD,
STATE OF ARKANSAS,                                                         DEFENDANTS
BOONE COUNTY CIRCUIT COURT,
CHAMBERS OF GORDON WEBB, AND
DAVID D. STEBBINS

## COMPLAINT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following complaint against Wes Bradford (who makes his living as a prosecuting attorney in Harrison, AR, and can be served with process accordingly), the State of Arkansas, the Boone County Circuit Court, Chambers of Gordon Webb, and also the party of one David D. Stebbins.

Wes Bradford can be served with process at the Boone County Prosecutor's Office, and David D. Stebbins ("Defendant Stebbins") has the following contact information:

> 8527 Hopewell Rd.,
> Harrison, AR 72601
> 870-743-4386
> pressman21@windstream.net

I was suing Defendant Stebbins in the Boone County Circuit Court for $11,000,000 for the torts of malicious prosecution, abuse of process, defamation, breach of contract, conversion, and battery. These were in direct connection to my felony charges; in fact, the defamation portion of the civil action was for his baseless accusations that I attacked him with a knife, and the malicious prosecution and abuse of process portions of the suit were for pressing those charges.

On September 17, 2012, I went to the Boone County Circuit Court's Office of the Clerk to

request copies of a portion of that civil action[1], but when the clerks went to retrieve the docket so that they could make the copies, the file was just plain gone!

The clerks reasoned that it must have been Judge Gordon Webb who took it. At the time, I was disheartened. However, the next day, on September 18, 2012, at approximately 6:30PM, I encountered Judge Webb at the grocery store. I asked him about the file, and he denied taking it.

If the Clerks do not have it, and Judge Webb did not take it, then that means the file was simply out-and-out *stolen*. The only question is... who did it?

There are only a handful of people who have a motive to take the file. Defendant Stebbins is one of them, and that is why I am including him as a Defendant. Wes Bradford is another suspect, as he would loose the felony case he is prosecuting against me if the right evidence were discovered in the civil action. Also, recall in Case No. 12-3022 that I am accusing Boone County of pressing these charges against me, not because they think I did anything wrong, but because they wish to persecute me for my litigation history. Stealing this civil file and preventing me from collecting evidence pursuant to this claim would definitely make sense, given these accusations.

Although I am confident that Gordon Webb himself did not take the file, I still accuse his secretary (her first name is Paula, though I do not know her last name). The reason she is a suspect is because...

1. She has previously expressed frustration with my litigation history,
2. when I called about the missing file, she told me that, even if Judge Webb took the file, it would have been legal because "it's his file" (in other words, she claims that he owns the docket, which bullcrap and everyone knows it. After all, there is a reason that it is called

---

[1] I was granted leave to proceed *in forma pauperis* in that case, which entitled me free copies of all documents in that action; see Ark. R. Civ. P. Rule 72(c) ("Every person permitted to proceed in forma pauperis may prosecute the suit without paying filing fees **and other fees charged by the clerk**" bolded for emphasis)

*public* record. Instead of justifying the taking of the file, all she did was bring more suspicion onto herself by attempting to justify a clearly illegal action), and

3. Her taking the file and simply throwing it in the trash instead of giving it to Judge Webb is the only explanation for why Judge Webb did not even know about the civil case at all, despite me faxing several motions in that case directly to his chambers.

Because I do not know Puala's last name, I wish to simply include Judge Webb's Chambers – via *respondiat superior* – as a Defendant, as well as the entire State of Arkansas on these same grounds. To save face with Judge Webb himself, I wish to emphasize that he, himself, is no longer under any suspicion. He explained to me that he does not know what happened to the file. Though Judge Webb himself may be called as a witness in this case, he is not, by any stretch of the imagination, a direct party to the action. His status as a defendant (as opposed to a witness) is only to the extent that he leads the Chambers which *are* a defendant.

Neither Wes Bradford nor Judge Webb's Chambers have absolute immunity in this case. Why? Because, by taking a docket file from the Clerks' Office, they would be acting as record-keepers, and these are neither judicial nor prosecutorial acts. Therefore, absolute immunity is lost.

For damages, I seek the recovery of the $11,000,000 in controversy in the lawsuit whose file was stolen. I also seek $110,000,000 in punitive damages, as the stealing of a court file is inexplicable by anything other than malice. This makes for a grand total of $121,000,000.

So requested on this 2nd day of October, 2012.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com