WESTERN DISTRICT ARKANSAS
FILED
OCT 10 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                 PLAINTIFF

VS.                         CASE NO. 12-3131

WES BRADFORD,
STATE OF ARKANSAS
BOONE COUNTY CIRCUIT COURT,                    DEFENDANTS
CHAMBERS OF GORDON WEBB, AND
DAVID D. STEBBINS

## DEMAND FOR JURY TRIAL

Comes now, *pro se* Plaintiff David Stebbins.

Pursuant to Fed. R. Civ. P. Rule 38, I wish for all of the issues in this case to be tried by a jury of my peers.

So requested on this 8th day of October, 2012.

*David S Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com