IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Case No. 12- 3664

in re David Stebbins ) on Petition for Writ of Mandamus
)
)

## PETITION FOR WRIT OF MANDAMUS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following petition for writ of mandamus.

### Relief Sought

Petitioner asks that the Honorable James R. Marchewski be ordered to pass judgment on the two applications for leave to proceed *in forma pauperis* in Case Nos. 12-3130 and 12-3131 in his court.

### Issues Presented

How long is "long enough" for a District Court to rule on a simple petition for leave to proceed *in forma pauperis*?

### Statement of Facts

1. On October 3, 2012, the United States District Court for the Western District of Arkansas received two complaints, with accompanying petitions for leave to proceed *in forma pauperis*. These complaints were assigned the Case Numbers of 12-3130 and 12-3131.

2. The *in forma pauperis* petitions were referred to James R. Marchewski for decision.

3. As of the time of this writing, it is now November 3, 2012, and Respondent has not ruled on the petitions yet.

FAX RECEIVED

PEALS
CIRCUIT

## Reasons for Granting the Writ

The District Court has attempted to shelve both cases by simply not ruling on my IFP applications in either of them. A brief look at the complaints clearly show that I state a claim upon which relief can be granted, even if you may have personal problems with the complaints (12-3130 especially).

However, if I state a claim upon which relief can be granted, and I am indigent as evidenced by the IFP application, I have the right to proceed *in forma pauperis*. Period. As a result, *in forma pauperis* applications are generally very straightforward, and rulings on them are usually very prompt.

Respondent appears to be trying to circumnavigate that right by simply ignoring my petitions, and not ruling on them. He has made a habit of this, and I have often been forced to file mandamus petitions to attempt to move these cases forward.

A simple *in forma pauperis* application should not take 30 days to rule on. As a result, the District Court has committed a clear abuse of discretion.

## Conclusion

Wherefore, premises considered, I respectfully request that this Petition for Writ of Mandamus be granted.

*David S. Stebbins*

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com