U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 0 2 2013
CHRIS R. JOHNSON, Clerk
By
        Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                            PLAINTIFF

VS.                           CASE NO. 12-3131

WES BRADFORD,
STATE OF ARKANSAS
BOONE COUNTY CIRCUIT COURT,                                  DEFENDANT
CHAMBERS OF GORDON WEBB, AND
DAVID D. STEBBINS

## MOTION TO DISQUALIFY JUDGE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to disqualify Judge Marchewski, and possibly Judge Holmes as well, for obvious judicial bias against Plaintiff.

1. Plaintiff has filed a large number of lawsuits, although Plaintiff denies that any of them were frivolous.

2. Despite the lack of frivolousness of the lawsuits Plaintiff has filed, this Court has nonetheless saw fit to hold an animus against Plaintiff for the large quantity of lawsuits filed. Specifically, in Case Nos. 12-3130 and 12-3131, in Docket Entries #7 and #6 respectively, Magistrate Judge Marchewski decided to finally air his animus about the lawsuits Plaintiff has filed, and request that Plaintiff be forever barred from obtainin *in forma pauperis* status in this Court ever again.

3. Marchewski's recommendation is without legal merit, for the reasons contained in Plaintiff's objection to that report and recommendation.

4. However, for the sake of this motion, that is not the point. The point is... Marchewski has *admitted* to having an animus against Plaintiff. Justified or not, he has this animus. Period.

5. Because he has this animus against Plaintiff, we have to acknowledge at least the

*possibility* that it is affecting his judgment and perception of facts to the detriment of the Plaintiff. Even if Judge Marchewski denies invoking his animus in his decisions in this case, he has no way of knowing whether or not his animus is subconsciously clouting his judgment.

6. For this reason, Magistrate Judge Marchewski should remove himself from the proceedings. It does not matter if his animus is justified or not; it only matters that the animus is present, and that it is possible for the animus to be affecting his judgment.

7. Think about it this way: If someone is charged with the sex-trafficking across state borders of a woman who happened to be Marchewski's granddaughter, Marchewski would thus have every right in the world to have an animus against the Defendant. However, he would nonetheless have to recuse himself from the case, no matter how justified his animus is. Why? Because the right to an impartial judiciary is one of the few rights enjoyed by citizens of this nation that is truly absolute; even the right to free speech has a few exceptions that pop up from time to time, but a person's right to an impartial judiciary cannot be taken from him under any circumstances whatsoever.

8. Marchewski's duty to remove himself from this proceeding is even more profound, considering the fact that he is *not* justified in holding this animus. Why not? Because he considers a frequent exercise of a right to be synonymous with abuse of that right. Yeah, that *still* does not make any sense; HOW DO YOU ABUSE A RIGHT JUST BY EXERCISING THE RIGHT IN OTHERWISE UNABUSIVE WAYS, BUT MERELY DOING SO OFTEN?!!! If a person is allowed to criticize the government, and elects to do so through Youtube videos, is he abusing his right to criticize the government simply because he makes over 100 otherwise unabusive videos per year?! Is a person "abusing" his right to privacy when he constantly invokes it even when it seems paranoid to others?! Does a habitual criminal "abuse" his right to

counsel or a jury trial just because he *always* demands those rights in every case he's in?!

9. For this reason, Plaintiff moves the Court to hand the case over to a federal judge and magistrate judge who does not have an animus toward Plaintiff. Erin Setser does not appear to have such an animus against Plaintiff, so take that suggestion for what you will, and Jimm Larry Hendren seems to have a bias *in favor of* the University of Arkansas, but not a bias *against* Plaintiff, so he may be a decent judge whenever he does not have a bias in favor of whoever Defendant is suing.

10. Plaintiff also asks that Marchewski and Holmes (assuming he also feels the frustration that Marchewski does with Plaintiff's frequent exercise of his rights) never again preside over Plaintiff's cases... ever.

11. So requested this 1st day of July, 2013.

/s/ David Stebbins
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St
APT D
Harrison, AR 72601

U.S. Dis
35 E,
Room S
Fayettev