US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 16 2013

CHRIS R. JOHNSON, Clerk
By
       Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                              PLAINTIFF

VS.                          CASE NO. 12-3131

WES BRADFORD,
STATE OF ARKANSAS
BOONE COUNTY CIRCUIT COURT,                                    DEFENDANT
CHAMBERS OF GORDON WEBB, AND
DAVID D. STEBBINS

## NOTICE OF APPEAL

Plaintiff David Stebbins, *pro se*, hereby submits the following Notice of Appeal in the above-styled action:

1. The Court abused its discretion in placing restrictions on my future lawsuit-filings.

2. The Court abused its discretion in refusing to recuse itself from the proceedings.

3. The Court erred in dismissing this action as frivolous.

So notified this 15th day of July, 2013.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

CPU U.S. POSTAGE $1.52⁰
PB 1P 000
3660515
MAILED JUL 15 2013
72601

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35. E. Mountain St.
Room 510
Fayetteville, AR 72701