**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

35 E. Mountain, Room 510                                                                              (479) 521-6980
FAYETTEVILLE, ARKANSAS 72701                                                         FAX (479) 575-0774


### Notice to Counsel and Pro Se Parties re Appeal

On the 16th day of July, 2013, a Notice of Appeal was filed in the case listed below:

12-3131   DAVID A. STEBBINS  vs.  BRADFORD et al.

The instructions/forms indicated with an 'X' below are attached for your information/use:

_XX_   Notice of Appeal (copy) (for non-registered CM/ECF parties)

_XX_   Clerk's docket entries (for non-registered CM/ECF parties)

_____   Appeal Information Form A   (for **appellant** - complete and forward copies in duplicate to United States Court of Appeals, 8th Circuit with original to appellee)

_____   Appeal Information Form B (for **appellees** - complete after receipt of appellant's Form A and forward copies in duplicate to United States Court of Appeals, 8th Circuit with original to appellant)

_____   Transcript order form (if testimony was taken) (Complete separate form for each court reporter and/or ECRO if hearings held before different judicial officers.) File electronically with district clerk or conventionally, if non-registered party.  **Note: CJA 24 forms must be submitted conventionally to the clerk's office**.

_____   USCA, 8th Circuit PreHearing Conference Program notice

_____   Exhibit(s):
   _____Trial/pre-trial exhibits were retained by the court and **if designated**, will be forwarded by the clerk's office to the Court of Appeals.
   _____Trial/pre-trial exhibits have been returned to counsel and appellant should submit to the Court of Appeals pursuant to 8th Circuit L.R. 10A

.
_____   Other _____

Christopher R. Johnson, Clerk
