IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                          PLAINTIFF

v.                              CIVIL NO. 12-3131

WES BRADFORD; STATE
OF ARKANSAS; BOONE COUNTY
CIRCUIT COURT; GORDON WEBB;
and DAVID D. STEBBINS                                                                   DEFENDANTS

## **ORDER**

Plaintiff has submitted a motion for leave to proceed *in forma pauperis* ("IFP")(Doc. 12) on appeal. The motion (Doc. 12) is granted.

IT IS SO ORDERED this 25th day of July 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**