# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  13-2689
_____

David Anthony Stebbins

Plaintiff - Appellant

v.

Wes Bradford; State of Arkansas; Boone County Circuit Court; Gordon Webb, Chambers of; David D. Stebbins

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03131-PKH)

_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the

district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district

court in this cause is affirmed in accordance with the opinion of this Court.


February 04, 2014




Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans